# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY WOITALLA, INC<br><br>Plaintiff,<br><br>v.<br><br>VALENTINE&KEBARTAS, INC.;and<br>DOES 1-10, INCLUSIVE,<br><br>Defendants.<br>_____/ | CASE NO.   1:13-cv-0063-AWI-MJS<br><br>ORDER RE: DISPOSITIVE DOCUMENTS<br>AFTER NOTICE OF SETTLEMENT<br><br>DISPOSITIVE DOCUMENTS SHALL BE<br>FILED WITHIN 60 DAYS.<br><br>(ECF No.7) |

    On April 11, 0213, Plaintiff, Nancy Woitalla, Inc, notified the Court that the above - captioned matter settled in it entirety  (ECF No. 7).  In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 60 days.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see attached

Notice of Local Rule 160 and Local Rule 272.)

    ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated: April 11, 2013          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE